Robert M. Waxman (SBN 89754)
  rwaxman@ecjlaw.com
Joseph E. Rosenbaum (SBN 347576)
  jrosenbaum@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Plaintiff EFL Global LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFL GLOBAL LLC, a New York Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UBER FREIGHT LLC, a Delaware Limited Liability Company.<br><br>　　　　　Defendant. | Case No.  3:25-cv-07214<br><br>*The Honorable Judge Charles Breyer*<br><br>**STIPULATION TO CONTINUE HEARING DATE ON UBER FREIGHT LLC'S MOTION TO DISMISS**: ORDER<br><br>Action Filed:  August 26, 2025 |

## JOINT STIPULATION

Plaintiff EFL Global LLC ("Plaintiff") and Defendant Uber Freight LLC ("Defendant") (collectively referred to as the "Parties"), hereby submit, through their undersigned counsel of record, the following Stipulation:

WHEREAS, on December 9, 2025, Defendant filed its Motion to Dismiss (the "Motion);

WHEREAS, the Motion was originally set for hearing on February 20, 2026 at 10:00am;

WHEREAS, briefing on the Motion concluded on December 30, 2025;

WHEREAS, on February 9, 2026, the Court vacated the Motion hearing originally set for February 20, 2026 at 10:00am and set the Motion hearing for March 6, 2025 at 10:00am;

WHEREAS, Plaintiff's lead counsel, Robert Waxman, is unavailable on March 6, 2026 as he is scheduled to argue a case on behalf of the Respondent before the California Court of Appeal that same day;

WHEREAS, the Parties have met and conferred regarding Mr. Waxman's unavailability on March 6, 2026, and jointly seek to continue the hearing to March 13, 2026 at 10:00am, or to another date in March 2026 that is convenient for the Court;

NOW, THEREFORE, the Parties stipulate, through their respective counsel of record, that the hearing on Defendant's Motion be continued to March 13, 2026 at 10:00 a.m., or to such other date in March 2026 as the Court may order.

**IT IS SO STIPULATED.**

Dated:  February 9, 2026

ERVIN COHEN & JESSUP LLP
Robert M. Waxman
Joseph E. Rosenbaum

By:     _/s/ Robert M. Waxman_
Robert M. Waxman
Attorney for Plaintiff EFL Global LLC

Dated:  February 9, 2026

PEACOCK PIPER TONG + VOSS LLP
Albert E. Peacock III
Glen R. Piper
Jolene R. Rice

By:    _/s/ Jolene R. Rice_
Jolene R. Rice
Attorney for Defendant Uber Freight LLC

### CIV. L.R. 5-1(i)(3) ATTESTATION

I, Robert M. Waxman, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:    _/s/  Robert M. Waxman_
Robert M. Waxman

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' Stipulation to Continue Hearing Date on Uber Freight LLC's Motion to Dismiss, **IT IS HEREBY ORDERED** that:

The hearing on Defendant Uber Freight LLC's Motion to Dismiss is continued to __March 27, 2026__ at ___10:00___ a.m./~~p.m.~~ by video conference (Zoom)

**IT IS SO ORDERED.**

DATED:    February 10, 2026

By:    _____
Hon. Judge Charles Breyer
United States Judge

ERVIN COHEN & JESSUP LLP

**CERTIFICATE OF SERVICE**

**NORTHERN DISTRICT OF CALIFORNIA**

*EFL, Global LLC. v. Uber Freight LLC.*

*Case No. 3:25-cv-07214*

The undersigned certifies that on February 9, 2026, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**STIPULATION TO CONTINUE HEARING DATE ON UBER FREIGHT LLC'S MOTION TO DISMISS**

Pursuant to L.R. 5-5, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

By:    */s/  Robert M. Waxman*
                Robert M. Waxman