Robert M. Waxman (SBN 89754)
  rwaxman@ecjlaw.com
Joseph E. Rosenbaum (SBN 347576)
  jrosenbaum@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Plaintiff EFL Global LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFL GLOBAL LLC, a New York Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> UBER FREIGHT LLC, a Delaware Limited Liability Company. <br><br> Defendant. | Case No.  3:25-cv-07214 <br><br> *The Honorable Judge Charles Breyer* <br><br> **STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION IN THIS CASE** <br> ORDER <br><br> Action Filed:  August 26, 2025 |

18825.2:11,635,368.1                                          1                        Case No. 3:25-cv-07214

## JOINT STIPULATION

Plaintiff EFL Global LLC ("Plaintiff") and Defendant Uber Freight LLC ("Defendant") (collectively referred to as the "Parties"), hereby submit, through their undersigned counsel of record, the following Stipulation:

WHEREAS, on August 26, 2025, Plaintiff filed its Complaint [Dkt. 1];

WHEREAS, on November 25, 2025, Plaintiff filed its First Amended Complaint [Dkt. 23];

WHEREAS, the Parties filed their Joint Case Management Conference Statement and Rule 26(f) Report ("Joint Report") on November 21, 2025 [Dkt. 24];

WHEREAS, on pp. 11 of the Joint Report, the parties agreed to mediation to be held either in person, electronically, or both, no later than May 2026 [Dkt. 24];

WHEREAS, on December 1, 2025, the Court issued a Case Management Order, referring the case to Court-sponsored mediation [Dkt. 24 at pp. 14];

WHEREAS, the Parties have met and conferred and decided that they would like to participate in private mediation, rather than Court-sponsored mediation;

NOW, THEREFORE, the Parties stipulate, through their respective counsel of record, that the referral to Court-sponsored mediation be vacated and that the Parties be permitted to participate in private mediation in lieu of Court-sponsored mediation, with such mediation to occur no later than May 2026, consistent with the timeline set forth in the Joint Report.

**IT IS SO STIPULATED.**

Dated:  February 25, 2026

ERVIN COHEN & JESSUP LLP
Robert M. Waxman
Joseph E. Rosenbaum

By:    _/s/ Robert M. Waxman_
Robert M. Waxman
Attorney for Plaintiff EFL Global LLC

Dated:  February 25, 2026                    PEACOCK PIPER TONG + VOSS LLP
                                             Albert E. Peacock III
                                             Glen R. Piper
                                             Jolene R. Rice

                                             By:     _/s/ Jolene R. Rice_____
                                                     Jolene R. Rice
                                                     Attorney for Defendant Uber Freight LLC

## CIV. L.R. 5-1(i)(3) ATTESTATION

I, Robert M. Waxman, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                                             By:     _/s/  Robert M. Waxman_____
                                                     Robert M. Waxman

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation To Participate In Private Mediation In This Case, **IT IS HEREBY ORDERED** that:

The Court's prior referral of this matter to Court-sponsored mediation is VACATED. The Parties shall participate in private mediation in lieu of Court-sponsored mediation, and such mediation shall be completed no later than May 2026.

**IT IS SO ORDERED.**

DATED: February 26, 2026

By: _____
Hon. Judge Charles Breyer
United States Judge

18825.2:11,635,368.1    4    Case No. 3:25-cv-07214