Robert M. Waxman (SBN 89754)
rwaxman@ecjlaw.com
Joseph E. Rosenbaum (SBN 347576)
jrosenbaum@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Plaintiff EFL Global LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFL GLOBAL LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>UBER FREIGHT LLC, a Delaware Limited Liability Company.<br><br>Defendant. | Case No. 3:25-cv-07214-CRB<br><br>*The Honorable Judge Charles R. Breyer*<br><br>**STIPULATION TO CONTINUE HEARING DATE ON UBER FREIGHT LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br>ORDER<br><br>Action Filed: August 26, 2025 |

**JOINT STIPULATION**

Plaintiff EFL Global LLC ("Plaintiff") and Defendant Uber Freight LLC ("Defendant") (collectively referred to as the "Parties"), hereby submit, through their undersigned counsel of record, the following Stipulation:

WHEREAS, on July 10, 2026, Defendant filed its Motion to Dismiss the Second Amended Complaint (the "Motion");

WHEREAS, the Motion was originally set for hearing on August 28, 2026 at 10:00am;

WHEREAS, briefing on the Motion will conclude on July 31, 2026;

WHEREAS, on July 28, 2026, the Court vacated the Motion hearing originally set for August 28, 2026 at 10:00am and set the Motion hearing for September 25, 2026 at 10:00am;

WHEREAS, Plaintiff's lead counsel, Robert Waxman, is unavailable on September 25, 2026 as he has a prepaid out of country vacation scheduled on that date;

WHEREAS, the Parties have met and conferred regarding Mr. Waxman's unavailability on September 25, 2026, and jointly seek to continue the hearing to October 23, 2026 at 10:00am, or to any date thereafter that is convenient for the Court, other than October 30, 2026;

NOW, THEREFORE, the Parties stipulate, through their respective counsel of record, that the hearing on Defendant's Motion be continued to October 23, 2026 at 10:00 a.m., or to such other date thereafter as the Court may order, other than October 30, 2026.

**IT IS SO STIPULATED.**

Dated: July 29, 2026

ERVIN COHEN & JESSUP LLP
Robert M. Waxman
Joseph E. Rosenbaum

By: */s/ Robert M. Waxman*
Robert M. Waxman
Attorney for Plaintiff EFL Global LLC

Dated: July 29, 2026

PEACOCK PIPER TONG + VOSS LLP
Albert E. Peacock III
Glen R. Piper
Jolene R. Rice

By: *_/s/ Jolene R. Rice_*
Jolene R. Rice
Attorney for Defendant Uber Freight LLC

**CIV. L.R. 5-1(i)(3) ATTESTATION**

I, Robert M. Waxman, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: *_/s/ Robert M. Waxman_*
Robert M. Waxman

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' Stipulation to Continue Hearing Date on Uber Freight LLC's Motion to Dismiss the Second Amended Complaint, **IT IS HEREBY ORDERED** that:

The hearing on Defendant Uber Freight LLC's Motion to Dismiss the Second Amended Complaint is continued to November 13, 2026 at 10:00 a.m. a.m./p.m. by video conference (Zoom).

**IT IS SO ORDERED.**

DATED: August 12, 2026

By: ______________________
Hon. Judge Charles Breyer
United States Judge